THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTORIA McARTHUR,

    Plaintiff,

v.                                            Case No. 4:12-cv-571-WS/CAS

DOVETREE PRODUCTIONS, INC.,
a Tennessee Corporation,

    Defendant/Counter-Plaintiff,

_____

DOVETREE PRODUCTIONS, INC.,
a Tennessee Corporation,

    Third Party Plaintiff,

v.

FJH MUSIC COMPANY, INC.,
a Florida Corporation,

    Third Party Defendant.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff, Victoria McArthur, by and through her undersigned attorneys and pursuant to local rule 16.2, files this Notice of Settlement and states:

    1. On May 21, 2013, all parties participated in mediation and completely resolved all issues between the parties.

    2. In the event the Court immediately dismisses this case, the Plaintiff requests the dismissal be subject to the Plaintiff's right to move the Court within 60 days thereafter for the

purpose of entering a Joint Stipulation of Dismissal with Prejudice as provided in the Mediated Settlement Agreement and to reopen the case to enforce the obligations under the Mediated Settlement Agreement.

Dated: June 5, 2013.

>/s/ Matthew G. McKinney
> Matthew G. McKinney
> TRIAL COUNSEL
> Florida Bar No. 385298
> **McKINNEY LAW, PLLC**
> 121 S. Orange Ave., Suite 1500
> Orlando, Florida 32801
> Tel: 407-732-4309
> mgm@mckinneylawllc.com
> Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: Richard Salazar, rsalazar@fowlerwhite.com; Howard Gourwitz, hgourwitz@gourwitzandbarr.com; and John Artz, JSArtz@dickinson-wright.com

>/s/ Matthew G. McKinney
> Matthew G. McKinney