UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTORIA MCARTHUR,

    Plaintiff,

v.                                                      4:12cv571-WS

DOVETREE PRODUCTIONS, INC.,
a Tennessee corporation,

    Defendant.

_____

DOVETREE PRODUCTIONS, INC.,
a Tennessee Corporation,

    Third Party Plaintiff,

v.

FJH MUSIC COMPANY, INC.,
a Florida Corporation,

    Third Party Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 47) docketed July 8, 2013. The magistrate judge recommends that the plaintiff's motion to enforce settlement agreement be denied. The plaintiff has filed objections (doc. 48) to the report and recommendation, and the defendant has filed a response (doc. 49) to

those objections.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 47) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's motion (doc. 41) to enforce settlement agreement is DENIED.

3. The parties shall resume their mediation with Larry Watson of Upchurch, Watson, White and Max of Maitland, Florida, to resolve the outstanding issues blocking a final and complete settlement of this matter.

DONE AND ORDERED this ___8th___ day of ___August___, 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE