THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTORIA McARTHUR,                                  Case No. 4:12-cv-57I -WS/CAS

        Plaintiff,

v.

DOVETREE PRODUCTIONS, INC.,
a Tennessee Corporation,

        Defendant/Counter-Plaintiff,

---

DOVETREE PRODUCTIONS, INC.,
a Tennessee Corporation,

        Third Party Plaintiff,

v.

FJH MUSIC COMPANY, INC,
a Florida Corporation,

        Third Party Defendant.

---

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

    WHEREAS the parties having stipulated hereto; and the Court being fully advised in the premises:

    IT IS HEREBY ORDERED that all claims of all parties are hereby dismissed with prejudice and without costs or award of any attorney fees to any party. Entry of this Order resolves the last pending claim and closes the case in its entirety.

MCKINNEY LAW, PLLC
By: /s/ Matthew G. McKinney
Matthew G. McKinney
Florida Bar No. 385298
Attorney for Victoria McArthur
121 S. Orange Ave., Suite 1500
Orlando, FL 32801
Telephone: (407) 732-4309
mgm@mckinneylawllc.com

DICKINSON WRIGHT PLLC
By: /s/ Edward H. Pappas
Edward H. Pappas (P28224)
John S. Artz (P48578)
Attorneys for Dovetree Productions, Inc.
2600 W. Big Beaver Road, Suite 300
Troy, MI 48084-3312
Telephone: (248) 433-7200
Facsimile: (248) 433-7274
epappas@dickinsonwright.com
jsartz@dickinsonwright.com

GOURWITZ AND BARR, PLLC

By: *[signature]*
Howard J. Gourwitz (P14237)
Attorneys for Dovetree Productions, Inc.
40950 Woodward Avenue, Suite 303
Bloomfield Hills, MI 48304-5128
Telephone: (248) 353-8100
Facsimile: (248) 353-3981
hgourwitz@gourwitzandbarr.com

FOWLER WHITE BOGGS, PA

By: *[signature]*
Richard G. Salazar
Florida Bar No. 899615
Attorneys for Dovetree Productions, Inc.
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
rsalazar@fowlerwhite.com

WOLFE LAW MIAMI, P.A.

By: *[signature]*
Richard C. Wolfe
Florida Bar No. 355607
Attorney for The FJH Music Company, Inc.
175 Southwest 7th Street, Suite 2410
Miami, FL 33130
Telephone: (305) 384-7370
Facsimile: (305) 384-7371
rwolfe@wolfelawmiami.com

ORDER

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and without costs or award of any attorney fees to any party,

IT IS SO ORDERED.

_____
United States District Judge

Dated:_____