UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTORIA MCARTHUR,

    Plaintiff,

v.                                                                                                                      4:12cv571-WS

DOVETREE PRODUCTIONS, INC.,
a Tennessee corporation,

    Defendant.
_____

DOVETREE PRODUCTIONS, INC.,
a Tennessee Corporation,

    Third Party Plaintiff,

v.

FJH MUSIC COMPANY, INC.,
a Florida Corporation,

    Third Party Defendant.
_____

<u>ORDER DIRECTING ENTRY OF JUDGMENT</u>

The parties having filed a joint stipulation of dismissal with prejudice, it is

ORDERED:

The clerk shall enter judgment of dismissal stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this  <u> 9th </u>  day of <u>   October   </u>, 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE