UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTORIA MCARTHUR,

Plaintiff

    VS                                                CASE NO.  4:12CV571-WS

DOVETREE PRODUCTIONS, INC.,
a Tennessee Corporation,

Defendant


DOVETREE PRODUCTIONS, INC.,
a Tennessee Corporation,

Third Party Plaintiff,

v

FJH MUSIC COMPANY, INC.,
a Florida Corporation,

Third Party Defendant.

## JUDGMENT

All claims are dismissed with prejudice.


                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT


 October 9, 2013                       s/ David L. Thomas
DATE                                    Deputy Clerk: David Thomas